UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CIVIL ACTION NO. 10-146-WOB-CJS

BRYAN STEPP                                                        PLAINTIFF

VS.                                    ORDER

CASTRUCCI OF ALEXANDRAI, LLC
and BRYAN SMITH                                                  DEFENDANTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #39), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby adopted as the findings of fact and conclusions of law of this Court; that the motion of defendants for attorney's fees and costs (Doc. #30) is hereby **denied.**

This 17th day of January, 2012.

