**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON**

**CIVIL ACTION NO. 10-146-WOB-CJS**

BRYAN STEPP                                            PLAINTIFF

VS.                          **ORDER**

CASTRUCCI OF ALEXANDRAI, LLC
and BRYAN SMITH                                       DEFENDANTS

This matter is before the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. #39), and there being no objections filed thereto, the Court being advised,

**IT IS ORDERED** that the Report and Recommendation is hereby adopted as the findings of fact and conclusions of law of this Court; that the motion of defendants for attorney's fees and costs (Doc. #30) is hereby **denied.**

This 17th day of January, 2012.

